United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON, | Case No.: 12-cv-02840 JSC |
| Plaintiff, | **ORDER RE: SERVICE** |
| v. | |
| FREMONT RETAIL PARTNERS, L.P., | |
| Defendant. | |

This civil action was filed on June 1, 2012. (Dkt. No. 1.)  A review of the docket indicates that Plaintiff has yet to serve the Defendant.  Plaintiff shall file proof of service of the Summons and Complaint on Defendant by March 11, 2013 or the Court will dismiss the action pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated: February 25, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE